Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone:(559) 431-9710
Facsimile: (559) 431-4108
E-mail: efogderude1@yahoo.com

Attorney for Defendant DOUGLAS SHORT

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00144 AWI BAM |
| Plaintiff, | STIPULATION TO CONTINUE CHANGE OF STATUS HEARING, AND ORDER THEREON |
| vs. | |
| DOUGLAS SHORT | DATE: August 12, 2013<br>TIME: 1:00 p.m. |
| Defendant. | JUDGE: Honorable Anthony W. Ishii |

### **STIPULATION**

It is hereby stipulated by and between the parties hereto that the status hearing in the above entitled matter now set for August 12, 2013, may be continued to October 15, 2013 at 1:00 p.m.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(7)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speed trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, and plea negotiations taking into account the exercise of due diligence.

Good cause exists to allow for the defense to review new plea agreement which will be provided shortly.

DATED: August 8, 2013						FLETCHER & FOGDERUDE, Inc.

								/s/ Eric K. Fogderude
								ERIC K. FOGDERUDE
								Attorney for Defendant,
								DOUGLAS SHORT

Dated: August 8, 2013						Benjamin B. Wagner
								United States Attorney

								 /s/ Brian Enos
								BRIAN ENOS
								Assistant US Attorney

### ORDER

IT IS SO ORDERED. Time is excluded pursuant to 18 U.S.C. § 3161, subd.(h)(8)(A) and (B).  For the above stated reasons, the court finds that the ends of justice served by the dely outweigh the best interest of the public and the defendants in a speedy trial. Therefore, the court grants the stipulation that the status hearing be continued to October 15, 2013 at 1:00 p.m. before Judge McAuliffe.

Dated:   August 8, 2013			          /s/ Barbara A. McAuliffe
								UNITED STATES MAGISTRATE JUDGE