Eric K. Fogderude  # 070860

FLETCHER & FOGDERUDE, INC.

5412 N Palm Ave # 101

Fresno, CA   93704

Telephone: 559-431-9710

Attorney for Defendant, DOUGLAS SHORT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>DOUGLAS SHORT,<br><br>              Defendant. | No. 1:13-CR-00144 AWI BAM<br><br>**STIPULATION TO CONTINUE**<br><br>**STATUS HEARING AND ORDER**<br><br>**THEREON**<br><br>Date: October 15, 2013<br>Time: 1:00 p.m.<br>Judge: Honorable Anthony W. Ishii |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the status hearing in the above entitled matter now set for October 15, 2013, may be continued to November 25, 2013 at 1:00 p.m.

The parties agree that time shall be excluded pursuant to 18 U.S.C. § 3161, subd. (h) (7) (A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, and plea negotiations taking into account the exercise of due diligence.

Good cause exists to allow for the defense to review new plea agreement which will be provided shortly and to allow time to seek an expert to review medical records.

1

| | | |
|---|---|---|
|1| DATED:  October 10, 2013 | FLETCHER & FOGDERUDE, INC. |
|2| | /s/ Eric K. Fogderude                              . |
|3| | ERIC K. FOGDERUDE |
|4| | Attorney for Defendant, DOUGLAS SHORT |
|7| DATED: October 10, 2013 | Benjamin B. Wagner |
|8| | United States Attorney |
|9| | /s/ Brian Enos                                          . |
|10| | BRIAN ENOS |
|11| | Assistant US Attorney |

**ORDER**

IT IS SO ORDERED.  Time is excluded pursuant to 18 U.S.C. §3161, subd.(h)(8)(A) and (B). For the above stated reasons, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.  Therefore, the court grants the stipulation that the 2nd Status Conference hearing be continued from October 15, 2013 to November 25, 2013 at 1:00 p.m. before Judge McAuliffe.

IT IS SO ORDERED.

Dated:   **October 10, 2013**          /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE