BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00144-AWI-BAM |
| Plaintiff, | **FINAL ORDER OF FORFEITURE** |
| v. | |
| DOUGLAS C. SHORT, | |
| Defendant. | |

WHEREAS, on April 28, 2014, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Douglas C. Short in the following property:

    a. Dell Desktop Computer, seized from defendant by law enforcement on or about October 24, 2012;

    b. Seagate Internal Hard drive, seized from defendant by law enforcement on or about October 24, 2012;

    c. Computers compact discs, hard drives, or other storage devices containing visual depictions of minors engaged in sexually explicit conduct and defendant by law enforcement on or about October 24, 2012.

AND WHEREAS, beginning on May 31, 2014, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate

the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Douglas C. Short.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   August 20, 2014

_____
SENIOR DISTRICT JUDGE

FINAL ORDER OF FORFEITURE

2